UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ARTIN MARGOUSIAN, | § § § | |
| *Petitioner,* | § § | |
| v. | § § | EP-18-CV-00010-DCG |
| THOMAS HOMAN, *Acting Director of ICE,* and WILLIAM P. JOYCE, *El Paso Field Office Director,* | § § § § | |
| *Respondents.* | § § | |

## FINAL JUDGMENT

In accordance with the Court's "Memorandum Order" entered on this day in the above-captioned cause of action, the Court hereby enters, pursuant to Federal Rule of Civil Procedure 58, its Final Judgment disposing of this action in its entirety. There being no just cause for delay, this is a **FINAL** and **APPEALABLE** judgment.

So ORDERED and SIGNED this __14th__ day of March 2018.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE